## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **JOSUE TOMAS CASTANEDA GODOY** | **CIVIL DOCKET NO. 1:26-CV-0808** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## ORDER

Considering Petitioner Josue Tomas Castaneda Godoy's PETITIONER'S MOTION TO VOLUNTARY DISMISS HABEAS (the "Motion") [DOC 5];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Josue Tomas Castaneda Godoy is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 20th day of April 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE